# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER,<br><br>    Plaintiff<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>    Defendants | Case No.: 2:17-cv-02042-APG-CWH<br><br>**Order Dismissing Case** |

I previously ordered plaintiff John Turner to file a fourth amended complaint on or before January 31, 2019. ECF No. 61. Turner did not do so. Given that he has had three prior attempts at pleading plausible claims against the defendants and could not do so, I dismiss this case with prejudice.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice. The clerk of court is instructed to enter judgment in favor of the remaining defendants and against plaintiff John Turner.

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE